# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Denis Zhirovetskiy

                          Plaintiff,

v.                                          Case No.: 1:17−cv−05876
                                            Honorable Sharon Johnson Coleman

Zayo Group, LLC

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 9, 2018:

        MINUTE entry before the Honorable Sidney I. Schenkier: The district judge having remanded the case and terminated proceedings in this Court (doc. # 49), the status hearing with the magistrate judge set for 04/26/18 is stricken and the referral is hereby terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.